IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN E. EMMERICH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 08-cv-812-JPG-DGW |
| | ) |
| **URS CORPORATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  May 14, 2010**

                     **NANCY J. ROSENSTENGEL, Clerk of Court**

                     By:s/Deborah Agans, Deputy Clerk

**APPROVED:**   *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **U. S. DISTRICT JUDGE**